IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01744-RPM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

STEPHEN M. BAILEY,
CHRISTINE J. BAILEY,
REGENCY SAVINGS BANK and
STATE OF COLORADO, DEPARTMENT OF REVENUE,

    Defendant(s).

_____

ORDER FOR STATUS REPORT
_____

On March 11, 2005, the parties filed a motion to hold in abeyance the remaining briefing and ruling on plaintiff's motion for summary judgment pending "the Parties' completion of the final terms of settlement."  Nothing further has been filed with the Court.  It is now

ORDERED that on or before September 26, 2005, the parties shall submit a status report regarding their efforts to resolve this dispute.

DATED: September 14, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge