IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01744-RPM

UNITED STATES OF AMERICA,

     Plaintiff(s),

v.

STEPHEN M. BAILEY,
CHRISTINE J. BAILEY,
REGENCY SAVINGS BANK and
STATE OF COLORADO, DEPARTMENT OF REVENUE,

     Defendant(s).
_____

ORDER
_____

     Pursuant to Defendants' Status Report, filed on September 23, 2005, it is

     ORDERED that the parties are granted an extension of time, to and including

December 1, 2005, within which to file settlement papers or a status report.

     DATED: September 26, 2005

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge