IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01744-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEPHEN M. BAILEY,
CHRISTINE J. BAILEY,
REGENCY SAVINGS BANK and
STATE OF COLORADO, DEPARTMENT OF REVENUE,

      Defendant(s).
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

      Pursuant to the Joint Response to Show Cause Order (Doc. #75), filed on March 30, 2006, it is

      ORDERED that the order to show cause is discharged.  Counsel shall file a status report on or before May 5, 2006.

      DATED: March 31, 2006

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge