**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 02-cv-01744-RPM-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEPHEN M. BAILEY, et al.,

      Defendants,

**ORDER AUTHORIZING REMOVAL FROM SERVICE LIST**

Pursuant to the motion of plaintiff United States, it is hereby ORDERED that Jeffrey S. Swyers, is removed from the service list in this case.

Dated this 13th day of June, 2006.

      BY THE COURT:

      s/ Richard P. Matsch
      _____
      Richard P. Matsch
      United States Senior District Judge