# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  02-cv-01744-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHEN M. BAILEY, et al.,

        Defendants.

---

## ORDER OF DISMISSAL

---

        Upon Stipulation of the parties, it is hereby ORDERED that this civil action is dismissed with prejudice; it is further

        ORDERED that each party shall bear its own costs and attorneys fees.

Dated this 1st  day of May, 2007.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        RICHARD P. MATSCH
        Senior Judge